1

2

3

4

5

6                              UNITED STATES DISTRICT COURT

7                                   DISTRICT OF NEVADA

8                                          * * *

9   GEORGE SWAILS,                          )          2:07-cv-01329-LRH-RJJ
                                            )          (Base File)
10                 Plaintiff,               )
                                            )          2:07-cv-00864-LRH-RJJ
11   v.                                     )
                                            )
12   UNITED STATES OF AMERICA,              )          ORDER
                                            )
13                 Defendant.               )
                                            )
14  _____       )

15          Presently before the court in case number 2:07-cv-01329-LRH-RJJ ("Swails 2") is a Motion

16  to Dismiss (#7[1]) filed by the United States of America.  Plaintiff, George Swails ("Swails"), has

17  filed an opposition (#10), and the United States replied (#12).  Also before the court is the United

18  States' Motion for Extension of Time (#2).  No response was filed.

19          The United States filed the present rule 12(b)(5) motion to dismiss for insufficiency of

20  process.  The United States argues that Swails has only partially complied with the requirements of

21  effecting proper service on the United States.  Specifically, the United States argues that Swails has

22  not served either the United States Attorney for the District of Nevada or the Attorney General of

23  the United States.  Swails opposes the motion arguing that he completed service in accordance with

24  Nevada law on the individual defendant named in his state court action.

25

26          [1]Refers to the court's docket number.

1    Rule 4(i)(3) of the Federal Rules of Civil Procedure provides as follows:

2    To serve a United States officer or employee sued in an individual capacity for an
     act or omission occurring in connection with duties performed on the United States'
3    behalf (whether or not the officer or employee is also sued in an official capacity), a
     party must serve the United States and also serve the officer or employee under Rule
4    4(e), (f), or (g).

5    Fed. R. Civ. P. 4(i)(3).  Rule 4(i)(4)(B) provides that the court must allow a party reasonable time

6    to cure its failure to "serve the United States under Rule 4(i)(3), if the party has served the United

7    States officer or employee."  Fed. R. Civ. P. 4(i)(4)(B).

8         In this case, Swails effectuated service on a United States employee.  *See* (Opp'n (#10), Ex.

9    2.)  Thus, the court will give Swails sixty (60) days to effectuate service on the United States.

10        IT IS THEREFORE ORDERED that the United States' Motion to Dismiss (#7) is hereby

11   DENIED without prejudice.  Swails shall have sixty (60) days to complete service on the United

12   States.

13        IT IS FURTHER ORDERED that the United States' Motion for Extension of Time (#2) is

14   hereby DENIED as moot.

15        IT IS SO ORDERED.

16        DATED this 8th day of September, 2008.

17

18

19                                         _____
                                           LARRY R. HICKS
20                                         UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26
                                           2